IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| P.F. MOON AND COMPANY, INC.<br>TRAVELERS CASUALTY AND<br>SURETY COMPANY OF AMERICA | PLAINTIFF/COUNTERCLAIM DEFENDANT<br>COUNTERCLAIM DEFENDANT |
| V | CASE NO. 1:14cv171-GHD-DAS |
| CITY OF CORINTH, MISSISSIPPI AND<br>CORINTH PUBLIC UTILITIES<br>COMMISSION | DEFENDANTS/COUNTERCLAIMANTS<br>THIRD-PARTY PLAINTIFFS |
| V | |
| COOK COGGIN ENGINEERS, INC. | THIRD-PARTY DEFENDANT |

## ORDER OF DISMISSAL WITH PREJUDICE

The court has been advised by counsel pursuant to Joint Stipulation of Dismissal with Prejudice [77] filed in this case on October 30, 2015, that this case may be dismissed with prejudice, each party to bear its own attorney's fees and costs.

ACCORDINGLY, IT IS HEREBY ORDERED that this case is dismissed with prejudice. Each shall bear its own attorney's fees and costs with respect to this action.

This 3rd day of November, 2015.

Senior United States District Judge